McGREGOR W. SCOTT
United States Attorney
MARY L. GRAD
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2763

FILED
AUG 11 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. S-03-081-EJG |
| Plaintiff, ) | |
| v. ) | Motion to Dismiss Indictment and Superseding Information |
| SUSAN DENYSE VALENCIA, ) | |
| Defendant. ) | |

On July 28, 2003, the defendant signed a deferred prosecution agreement requiring an 18 month period of supervision by Pretrial Services Agency in Sacramento. The defendant has successfully completed the required period of supervision. Therefore, the United States, through the undersigned Assistant U.S. Attorney, moves this

///
///
///
///
///
///
///
///

1

```
 1 | court to dismiss the Indictment and the Superseding Information
 2 | against the above named defendant.
 3 |
 4 | DATED: _____
 5 |                                    McGREGOR W. SCOTT
 6 |                                    United States Attorney
 7 |
 8 |                                    By: __/s/_____
 9 |                                        MARY L. GRAD
   |                                        Assistant U.S. Attorney
10 | SO ORDERED.
11 |
12 | Dated:  8/10/05           _____Ed Garcia_____
13 |                                    EDWARD J. GARCIA
   |                                    Senior United States District Judge
```

2